# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

10 JUN 9  PM 12:01

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY                    DEPUTY

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 09CR4209-L |
| Plaintiff, |  |
| vs. | **JUDGMENT OF DISMISSAL** |
| ADRIAN SOTO-MENDOZA (1), |  |
| Defendant. |  |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

_XX_ the Court has granted the motion of the defendant for a dismissal of the indictment; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

____ of the offense(s) of:

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JUNE 7, 2010

M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE

ENTERED ON _____